UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ISAAC RIVERA, | : | |
| | | Civil Action No. 09-6133 (RBK) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| WARDEN PAUL M. SCHULTZ, | : | |
| Respondent. | : | **CLOSED** |

For the reasons set forth in the Opinion filed herewith, IT IS on this  27th  day of  October , 2010,

ORDERED that the Petition for writ of habeas corpus is DENIED; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

s/Robert B. Kugler
Robert B. Kugler
United States District Judge